157 So.2d 234

Marie M. MOLAISON, widow of Sylvester
Herbert ROHLI,

v.

The CROWN LIFE INSURANCE COMPANY
and City of New Orleans et al.

No. 46994.

Nov. 12, 1963.

In re: Marie M. Molaison, widow of Sylvester Herbert Rohli, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 242.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

157 So.2d 234

Succession of Thomas Charles
MULQUEENY.

No. 46992.

Nov. 12, 1963.

In re: Miss Dorothy Blackmar et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 317.

The application is denied. There appears no error of law in the judgment complained of.

157 So.2d 234

Succession of Thomas Charles
MULQUEENY.

No. 46991.

Nov. 12, 1963.

In re: Mrs. Mary Elizabeth Mulqueeny Prieto applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 317.

The application is denied. There appears no error of law in the judgment complained of.

157 So.2d 234

Alice C. McGINITY

v.

MARQUETTE CASUALTY COMPANY.

No. 46995.

Nov. 12, 1963.

In re: Mrs. Alice C. McGinity, widow of Richard J. McGinity, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 713.

Writ denied. Under the facts found by the Court of Appeal no error in the result.